OPINION — AG — SUCH VOLUNTARY LIENS FILED BY THE DEPARTMENT OF PUBLIC WELFARE SHOULD BE FILED WITH THE COURT CLERK IN THE COUNTY WHERE THE PROPERTY INVOLVED IS LOCATED, IN THE MECHANICS AND MATERIALMEN'S LIEN DOCKET, AND SAID JUDGEMENTS OF THE DEPARTMENT SHOULD BE FILED IN THE JUDGEMENT DOCKET, JUST AS ANY OTHER CIVIL JUDGEMENT. CITE: 56 O.S. 1961 171 [56-171], 56 O.S. 1961 193 [56-193] (JOSEPH MUSKRAT)